**No. 66677.**—B. Shackman & Co., Inc., et al. *v.* United States, protests 58/22290, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of "Old Timer's Sets" similar in all material respects to those the subject of Abstract 66106, the claim of the plaintiffs was sustained.

**No. 66678.**—Castelazo & Associates and Surgident, Ltd. *v.* United States, protests 60/10283, etc. (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of "Directa" protective crowns similar in all material respects to those the subject of Abstract 66211, the claim of the plaintiffs was sustained.

**No. 66679.**—M. Pressner & Co *v.* United States, protests 325613–K, etc. (New York)

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.